```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Quijada
 7
```

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj8347 |
|----|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **NOTICE OF APPEARANCE** |
| 14 | **AUSTREBERTO QUIJADA ALVAREZ,** | ) | |
| 15 | Defendant. | ) | |

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                                     Respectfully submitted,

21  Dated: April 28, 2008                              *s/ Bridget Kennedy*
                                                       Federal Defenders of San Diego, Inc.
22                                                     *bridget_kennedy@fd.org*

23

24

25

26

27

28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Quijada

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,             )   Case No. 08MJ8347
                                           )
12 |              Plaintiff,                )
                                           )
13 | v.                                    )   PROOF OF SERVICE
                                           )
14 | **AUSTREBERTO QUIJADA ALVAREZ,**      )
                                           )
15 |              Defendant.                )
                                           )

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: April 28, 2008                        *s/ Bridget L. Kennedy*
                                                **BRIDGET L. KENNEDY**
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
25                                              (619) 687-2666  (fax)
                                                e-mail:bridget_kennedy@fd.org
26

27

28