

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUSTREBERTO QUIJADA-ALVAREZ,<br><br>    Defendant. | Criminal Case No. 08CR1683-WQH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 23, 2008, within the Southern District of California, defendant AUSTREBERTO QUIJADA-ALVAREZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 78.54 kilograms (172.78 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

*John F. Weis* (signature)

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/22/08