1  KAREN P. HEWITT
   United States Attorney
2  DOMINIC E. KARDUM
   Assistant U.S. Attorney
3  California State Bar No. 229420
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   Email: dominic.kardum@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Criminal Case No.   08-CR-1683-WQH
                                    )
11              Plaintiff,          )
                                    )   NOTICE OF APPEARANCE
12         v.                       )
                                    )
13 AUSTREBERTO QUIJADA-ALVAREZ,     )
                                    )
14              Defendant.          )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18 above-captioned case.

19         I certify that I am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21         The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this

24 case.

25         1.     None..

26 //

27 //

28 //

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3   Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4   1.   Sabrina L. Feve.

5   Please feel free to call me if you have any questions about this notice.

6   DATED:  July 29, 2008.

7                                       KAREN P. HEWITT
                                        United States Attorney
8

9
                                        s/Dominic E. Kardum
10                                      DOMINIC E. KARDUM
                                        Assistant U.S. Attorney

Notice of Appearance                                                              08-CR-1683-WQH
United States v. Austreberto Quijada-Alvarez

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>AUSTREBERTO QUIJADA-ALVAREZ,<br><br>                Defendant. | Criminal Case No.  08-CR-1683-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    1.    Bridget Kennedy
           Federal Defenders of San Diego.
           225 Broadway, Suite 900
           San Diego, CA 92101-5008
           bridget_kennedy@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 29, 2008.

                                                          s/Dominic E. Kardum
                                                          DOMINIC E. KARDUM
                                                          Assistant U.S. Attorney

Notice of Appearance                                                                                08-CR-1683-WQH
United States v. Austreberto Quijada-Alvarez